UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA E. BELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OC405 PARTNERS, JV aka ASTALDI CONSTRUCTION CORPORATION, et al.<br><br>　　　　Defendants. | Case No. 8:22-cv-01095-CJC-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY AND TRIAL DATES**<br><br>District Judge: Hon. Cormac J. Carney<br>Mag. Judge: Hon. Douglas F. McCormick<br><br>Complaint filed:　June 2, 2022<br>Trial Date:　　　January 30, 2024 |

　　　The Court, having reviewed Claudia E. Bell ("Plaintiff") and OC 405 Partners, JV's ("Defendant," and collectively referred to herein with Plaintiff as the "Parties") Joint Stipulation to Amend Scheduling Order to Extend Discovery and Trial Dates, hereby orders as follows:

　　　1. The Parties' Joint Stipulation is approved.

　　　2. The Court's September 1, 2022 Scheduling Order is amended, at paragraphs [1] through [5], to reflect the following extended dates:

　　　[1] All discovery, including discovery motions, shall be completed by March 26, 2024. Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until May 20, 2024 to file and have heard all other motions, including motions to join or amend the pleadings.

[3] A pretrial conference will be held on **July 22, 2024 at 3:00 P.M.**, or as soon thereafter as is convenient for the Court.

[4] The case is set for a jury trial, **Tuesday July 30, 2024 2024 at 8:30 A.M.**, or as soon thereafter as is convenient for the Court.

[5] The parties shall have until April 5, 2024 to conduct settlement proceedings.

**IT IS SO ORDERED.**

Dated: September 25, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT
JUDGE